# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, David M. | U.S. District Court, E.D. Mich. | 05/05/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge --- active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

231 W. Lafayette Boulevard Room 718
Detroit, Michigan 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Custodian accounts 1 through 14 |
| 2. | Successor Trustee | Hilda N. Burns Living Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1 - 12/ 18 | Henry Ford Learning Institute --- consulting fee |
| 2. | 1 - 12/18 | Pope Francis Center --- consulting fee |
| 3. | 10/18 | International Bullying Prevention Association |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEAK | 2-9-18 to 2-13-18 | Clearwater Beach, Florida | Seminar taught | Transportation, lodging, meals |
| 2. | SEAK | 9-14-18 to 9-18-18 | Falmouth, Massachusetts | Seminar taught | Transportation, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boston Capital Fund Series 30 | A | Int./Div. | J | T | | | | | |
| 2. American Funds -- Growth Fund of America (Custodian) | B | Dividend | K | T | | | | | |
| 3. Citizens Bank (f/k/a Charter One Bank) | A | Interest | K | T | | | | | |
| 4. Ford Motor Company Common | A | Dividend | K | T | Sold (part) | 03/02/18 | K | A | |
| 5. Ford Motor Company Common | C | Dividend | K | T | Sold (part) | 03/05/18 | K | A | |
| 6. Cole Real Estate Invenment Trust* | D | Distribution | M | T | | | | | |
| 7. Loomis Sayles Bond Fund* | A | Int./Div. | | | Sold | 02/07/18 | J | | |
| 8. First Eagle Global Fund* | B | Int./Div. | M | T | Buy (add'l) | 11/20/18 | K | | |
| 9. First Eagle Global Fund* | B | Int./Div. | M | T | Sold (part) | 11/19/18 | L | E | |
| 10. Dodge & Cox Stock Fund* | B | Dividend | L | T | Buy (add'l) | 11/20/18 | K | | |
| 11. BBH Fund Inc. Core Select Fund Class N* | A | Int./Div. | | | Sold | 11/19/18 | M | E | |
| 12. FPA FDS TR FPA Crescent Protfolio Instl Cl Shs* | D | Dividend | M | T | Buy (add'l) | 02/08/18 | K | | |
| 13. FPA FDS TR FPA Crescent Protfolio Instl Cl* | D | Dividend | M | T | Sold (part) | 11/19/18 | L | D | |
| 14. IVA FIduciary Trust Worldwide Fund* | D | Int./Div. | | | Buy (add'l) | 02/08/18 | L | | |
| 15. IVA FIduciary Trust Worldwide Fund* | D | Dividend | | | Sold | 11/19/18 | N | A | |
| 16. Maingate MLP CL 18* | A | Int./Div. | | | Sold | 11/19/18 | K | A | |
| 17. iShares Trust S&P 500 Index Fund* | A | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares S&P Mid-Cap* | A | Int./Div. | M | T | | | | | |
| 19. iShares Small-Cap* | A | Int./Div. | M | T | | | | | |
| 20. American Funds Global Growth Portfolio* | A | Int./Div. | L | T | Buy | 02/08/18 | L | | |
| 21. American Funds Global Growth Portfolio* | A | Int./Div. | L | T | Sold | 11/19/18 | L | A | |
| 22. American Funds Global Growth Portfolio* | A | Int./Div. | L | T | Buy | 11/20/18 | L | | |
| 23. Oakmark FDS Equity Income Fund* | C | Dividend | M | T | Buy | 11/20/18 | M | | |
| 24. Loomis Sales Floating Rate and F/I Y | A | Dividend | | | Buy | 02/08/18 | M | | |
| 25. Loomis Sales Floating Rate and F/I | A | Dividend | | | Sold | 11/19/18 | M | C | |
| 26. Westwood Income Opportunity Inst | A | Dividend | | | Buy | 02/09/18 | M | | |
| 27. Westwood Income Opportunity Inst | A | Dividend | | | Sold | 11/19/18 | M | A | |
| 28. BBH Limited Duration I Fund* | A | Dividend | M | T | Buy | 11/20/18 | M | | |
| 29. BlackRock U.S. Debt Index NLF | A | Int./Div. | | | Sold | 01/05/18 | O | E | |
| 30. Henry Ford Village Apartment Receivable** | | None | M | W | | | | | |
| 31. Comerica Bank** | A | Interest | | | Redeemed | 11/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, David M. | 05/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Custodian positions in Part I are for accounts under the Uniform Gifts to Monors Act.

2. Investments in Part VII designated with an astrisk (*) are held in an IRA of reporter or spouse, or joint account with spouse.

3. Trustee position is as the Successor Turstee of deceased mother-in-law/s inter vivos trust.

4. Assets in Part VII, line marked ** is an asset of the Hilda N. Burns inter vivos trust.  Reporter is the successor trustee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Lawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544